IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-00089-F-1
No. 5:13-CV-00731-F

| | |
|---|---|
| JAMES EARL STATON, JR., )<br>Petitioner )<br> )<br>v. )<br> )<br>UNITED STATES OF AMERICA, )<br>Respondent. ) | ORDER |

Within twenty (20) days, the Respondent is DIRECTED to respond to Petitioner's Amended Motion Under 28 U.S.C. § 2255 [DE-66].

SO ORDERED.

This the 4 day of May, 2016.

James C. Fox
Senior United States District Judge